ELMER E. GRENTZINGER, Appellant, *v.* G. L. F. CHURCHVILLE FARM PRODUCTS CO-OP, INC., Respondent.

Argued October 5, 1944; decided November 16, 1944.

*Merle L. Sheffer* for appellant.
*Melvin H. Zurett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.